PHILLIP A. TALBERT
United States Attorney
JEFFREY SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED

OCT 3 1 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN J. CARTER,<br><br>　　　　　　　　Defendant. | CASE NO. 1:23-MJ-000050<br><br>ORDER TO DISMISS CASE |

Pursuant to the government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the government's motion and gives the government leave to dismiss the complaint and recall warrant in this matter without prejudice as against defendant JUSTIN J. CARTER.

Dated: 10/31/23

　　　　　　　　　　　　　　　　　　JUDGE ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE